IN THE COURT OF
CRIMINAL APPEALS

WILLIAM HERNANDEZ                    §
        APPELLANT                    §
                                     §
        V/S.                         §       APPELLANT COURT NO. 01-13-00825-CR
                                     §
                                     §       TRIAL COURT NO. 1295162
                                     §
                                     §
THE STATE OF TEXAS                   §
        APPELLEE                     §

MOTION FOR THIS COURT TO ORDER APPELLANT ATTORNEY KURT B. WENTZ TO FULLY
COMPLY WITH THIS COURT'S PRIOR RULING AND RENEW HIS 90 EXTENTION TO FILE
APPLICANT S PETITION FOR DISCRETIONARY REVIEW ONCE COUNSEL COMPLIES.

THE HONORABLE COURT:

COMES NOW, WILLIAM HERNANDEZ, PRO SE, MOVANT, SUBMITS THIS MOTION REQUESTING
THIS COURT TO ORDER KURT B. WENTZ, APPELLANT ATTORNEY, TO COMPLY WITH THIS
COURT'S PRIOR RULING, TO PROMPLY SEND APPELLANT HIS APPEAL BRIEF, STATE S
BRIEF AND THE FIRST COURT OF APPEALS OF HOUSTON'S OPINION.

## I. FACTS OF THE MOTION

MR. WENTZ FAILED TO COMPLETELY COMPLY WITH THIS COURT'S ORDER HE DID SEND
APPELLANT'S BRIEF AND PART OF STATE S BRIEF HOWEVER HE LEFT OUT PAGES 27 AND 28
OF STATES BRIEF AND ENTIRE OPINION FROM THE FIRST COURT OF APPEALS OF HOUSTON.
AS THIS COURT IS AWARE, WITHOUT THE COURT'S OPINION IT'S IMPOSSIBLE FOR APPELLANT
TO FILE HIS PETITION FOR DISCRETIONARY REVIEW SEE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW FILED APPROX 27TH DAY OF FEB. 2015 IN
THE COURT OF CRIMINAL APPEALS IN AUSTIN

## 2. PRAYER

WILLIAM HERNANDEZ, APPELLANT, AND PRO SE, MOVANT, PRAY'S THIS COURT WILL ORDER
KURT B. WENTZ, APPELLANT'S ATTORNEY, TO COMPLY WITH THIS COURT'S PRIOR RULING, TO
PROMPTLY SEND APPELLANT THE APPELLANT COURT'S OPINION OF THE ABOVE CAUSE NUMBER
NUMBER ALONG WITH PAGES 27 AND 28 OF STATES BRIEF. APPELLANT ALSO PRAY'S THIS
HONORABLE COURT GRANT APPELLANT ANOTHER 90 DAY EXTENSION TO FILE HIS PETITION FOR
DISCRETIONARY REVIEW, BEGINNING THE DATE APPELLANT RECEIVES THE OPINION. THIS
DELAY FOR FILING WAS OF NO FAULT OF APPELLANT.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED

*William Hernandez*
WILLIAM HERNANDEZ
TDC...... 1889157
PRO SE LITIGANT

2.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS PLACED IN THE U S P.O. MAIL BOX AT THE W.P. CLEMENTS UNIT IN POTTER COUNTY TX. AND MAILED TO: THE TEXAS COURT OF CRIMINAL APPEALS, AUSTIN, .ON THE 20TH DAY OF APRIL, 2015

RESPECTFULLY SUBMITTED

*William HERNANDEZ*
WILLIAM HERNANDEZ
PRO SE LITIGANT

## DECLARATION

I WILLIAM HERNANDEZ HEREBY DECLARE UNDER THE PENALTY OF PERJURY AND THE FORGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE...

RESPECTFULLY SUBMITTED

*William HERNANDEZ*
WILLIAN HERNANDEZ
PRO SE LITIGANT

NOTE;

THESE TWO PAGES, A MOTION SENT TO THE COURT OF CRIMINAL APPEALS REQUESTING THEY ORDER KURT B WENTZ APPELLANT S APPELLANT ATTORNEY TO COMPLY WITH THE COURT OF CRIMINAL APPEALS PRIOR ORDER TO SEND APPELLANT HIS APPELLANT BRIEF, STATES BRIEF, AND THE OPINION FROM O THE FIRST COURT OF APPEALS AT HOUSTON.